UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

RYAN OSBORNE #649938,

                Plaintiff,

v.

UNKNOWN DOBE et al.,

                Defendants.

_____/

Case No. 1:23-cv-1054

Honorable Ray Kent

## **ORDER**

This is a civil rights action brought by a *pro se* state prisoner under 42 U.S.C. § 1983. On July 1, 2024, an early mediation conference took place involving Plaintiff. As a result of that mediation conference, the parties have agreed to settle the matter in its entirety. (ECF No. 10).

Accordingly,

**IT IS ORDERED** that this case is **DISMISSED**.

**IT IS FURTHER ORDERED** that the remainder of the filing fee, owed by Ryan Osborne #649938 in this case, shall be waived, and the MDOC shall no longer collect the remaining filing fee in this case.

**IT IS SO ORDERED**.


Dated:   July 8, 2024_____

/s/ Ray Kent_____
Ray Kent
United States Magistrate Judge